UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER GOLDSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:24-cv-00467 |
| | ) | |
| v. | ) | Judge Jeffrey P. Hopkins |
| | ) | |
| UNITED STATES ATTORNEY'S OFFICE, et al., | ) ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| Defendants. | ) | |

## CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendants consent to voluntary dismissal of this case without prejudice, with each party bearing their own costs and fees. Although Defendants' consent is unnecessary under Federal Rule of Civil Procedure 41, Defendants note their consent for the Court if it does not consider Plaintiff's motion to be a self-effectuating notice of dismissal under Rule 41(a)(1)(A)(i).

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/John J. Stark*
JOHN J. STARK (0076231)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
E-mail: john.stark@usdoj.gov
*Trial Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on November 25th, 2024, by use of the Court's ECF filing system and served upon the Pro Se Plaintiff by regular mail.

**Alexander Goldstein**
2508 Canvasback Circle
Batavia, OH 45103

                                          *s/John J. Stark*
                                          JOHN J. STARK (0076231)
                                          Assistant United States Attorney