# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER GOLDSTEIN, | : |
| *Plaintiff*, | : Case No. 1:24-cv-467 |
| vs. | : Judge Jeffery P. Hopkins |
| UNITED STATES ATTORNEY'S OFFICE, *et al.*, | : |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Magistrate Judge Karen L. Litkovitz on December 5, 2024. The Magistrate Judge recommends that Plaintiff's unopposed motion to voluntarily dismiss this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A) be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's motion to dismiss without prejudice is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
Hon. Jeffery P. Hopkins
United States District Judge

2